UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NORFOLK SOUTHERN RAILWAY CO.
and NORFOLK SOUTHERN PROPERTIES,
INC.,

       Plaintiffs,

v.

GLOBAL TOWER, LLC,

       Defendant.

Civil Action No.: 2:20-CV-00304

**JOINT STIPULATION OF SETTLEMENT AND REQUEST FOR STAY OF ALL PROCEEDINGS OR, IN THE ALTERNATIVE, DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE**

Plaintiff-Counterclaim Defendants Norfolk Southern Railway Co. and Norfolk Southern Properties, Inc. ("Norfolk Southern") and Defendant-Counterclaim Plaintiff Global Tower, LLC ("Global Tower," and together with Norfolk Southern, the "Parties"), by counsel, hereby stipulate as follows:

1. The Parties have reached an agreement to resolve this litigation and have executed a Settlement Agreement reflecting the terms of that agreement.

2. Among other obligations (as set forth completely in the Settlement Agreement), the Settlement Agreement requires the Parties to participate in an independent audit process to determine any amounts owed between the Parties, and to remit amounts owed, if any, identified during the independent audit process (the "Independent Audit Process"). Pursuant to the Settlement Agreement, the Independent Audit Process must be completed within six months of

the auditor's engagement, and upon the completion of the Independent Audit Process, the Parties have agreed to dismiss all of their claims with prejudice.

3. As such, the Parties respectfully request that the proceedings in this action, including any proceedings related to discovery, be stayed for six months so as to permit the Parties to complete the Independent Audit Process as set forth in the Settlement Agreement.

4. There is good cause for the requested stay. The requested stay of proceedings will allow sufficient time for the Parties to complete the Independent Audit Process and stipulate to the dismissal with prejudice of the claims asserted in this case. The requested stay will also promote judicial economy by conserving the Court's and the Parties' resources while bringing this matter to a final conclusion.

5. If the Court is not inclined to grant a stay, the Parties respectfully request in the alternative that the Court dismiss all claims in this action without prejudice while retaining jurisdiction to enforce the settlement agreement, if necessary.

WHEREFORE, the parties respectfully request that the Court stay all proceedings in this action for six months, or in the alternative, dismiss all claims in this action without prejudice while retaining jurisdiction to enforce the settlement agreement, if necessary.

Respectfully submitted,

| NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN PROPERTIES, INC. | GLOBAL TOWER, LLC |
|---|---|
| By their attorneys, | By its attorneys, |
| */s/ Gordon Todd*<br>Gordon Dwyer Todd, VSB #45934<br>Daniel Stephen Brookins (admitted *pro hac vice*)<br>Daniel John Hay (admitted *pro hac vice*) | */s/ Kathryn Thornton*<br>Kathryn Thornton, VSB #91121<br>kathryn.thornton@ropesgray.com<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807<br>Telephone: (202) 508-4600 |

2

Lucas Wayne Eugene Croslow (admitted *pro hac vice*)
Sidley Austin LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (facsimile)
gtodd@sidley.com
dbrookins@sidley.com
dhay@sidley.com
lcroslow@sidley.com

Facsimile: (202) 508-4650

David B. Hennes (admitted *pro hac vice*)
david.hennes@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Elena W. Davis (admitted *pro hac vice*)
elena.davis@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated: April 13, 2021

3

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TOWER, LLC, <br><br> Defendant. | Civil Action No.: 2:20-CV-00304 |

**[PROPOSED] ORDER STAYING PROCEEDINGS OR, IN THE ALTERNATIVE, DISMISSING ALL CLAIMS WITHOUT PREJUDICE**

This matter comes before the Court on the Joint Stipulation of Settlement and Request for Stay of All Proceedings or, in the Alternative, Dismissal of All Claims Without Prejudice of Plaintiff-Counterclaim Defendants Norfolk Southern Railway Co. and Norfolk Southern Properties, Inc. ("Norfolk Southern") and Defendant-Counterclaim Plaintiff Global Tower, LLC ("Global Tower," and together with Norfolk Southern, the "Parties"). The Parties report that they have executed a settlement agreement to resolve all claims in this matter. Accordingly, the Parties have requested to stay all proceedings in this matter for six months so as to permit the Parties to complete an independent audit process as set forth in the settlement agreement and, upon completion, stipulate to the dismissal of all claims with prejudice. In the alternative, the Parties have requested that the Court dismiss all claims in this action without prejudice while retaining jurisdiction to enforce the settlement agreement, if necessary.

4

Upon due consideration, for good cause shown, and finding it appropriate to do so, the Court **APPROVES** the stipulation and orders that all proceedings in this action are stayed for six months.

In the alternative, the Court hereby **DISMISSES** all claims in this action without prejudice while retaining jurisdiction to enforce the settlement agreement, if necessary.

It is SO ORDERED.

Norfolk, Virginia
April __, 2021

United States District Court
Eastern District of Virginia